■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PEREZ, Appellant. [945 NYS2d 93]—

Judgment, Supreme Court, New York County (Michael Sonberg, J.), rendered June 14, 2010, as amended June 29, 2010, convicting defendant, after a jury trial, of auto stripping in the second degree and possession of burglar's tools in the second degree, and sentencing him, as a second felony offender, to an aggregate term of 2 to 4 years, unanimously affirmed.

Defense counsel affirmatively waived the absence of an interpreter during part of the voir dire proceedings (see People v Keen, 94 NY2d 533, 538 [2000]). As an alternate holding, we find defendant's argument that he was constructively absent due to the lack of an interpreter to be without merit. Although defendant was generally assisted by an interpreter during pretrial proceedings and trial, the record does not indicate that he lacked a sufficient understanding of the English language to be able to understand the questioning of venire persons, or that a language barrier prevented him from being able to communicate with his counsel (see People v Santos, 46 AD3d 365, 366 [2007], lv denied 10 NY3d 844 [2008]). Concur—Mazzarelli, J.P., Catterson, DeGrasse, Richter and Manzanet-Daniels, JJ.

■ MARIELLEN LANE BRADLEY, Respondent, v PETER WILLIAM BRADLEY, Appellant. [944 NYS2d 880]—Order, Supreme Court, New York County (Ellen Gesmer, J.), entered May 6, 2011, which granted plaintiff's motion to direct defendant to pay her $25,000 to enable her to retain counsel in an out-of-state nonmatrimonial action and to pay any subsequent legal fees she incurs therein, unanimously reversed, on the law, without costs, and the motion denied.

In a matrimonial action, the court is not authorized to award counsel fees to either party for legal services rendered in a nonmatrimonial action or proceeding, even where the two actions are related (see e.g. Schapiro v Schapiro, 204 AD2d 87 [1994]; Anonymous v Anonymous, 258 AD2d 547 [1999]; Ravel v Ravel, 235 AD2d 410 [1997]). Concur—Mazzarelli, J.P., Catterson, DeGrasse, Richter and Manzanet-Daniels, JJ.